# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

          Plaintiff,         :      Case No. 1:03-cr-128
                                        also Case No. 1:08-cv-150

                                        District Judge Susan J. Dlott
      -vs-                            Chief Magistrate Judge Michael R. Merz

                            :

TIMOTHY SMITH,

          Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 101), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 23, 2008, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. No. 96) be, and it hereby is, denied with prejudice. Defendant is likewise denied leave to appeal *in forma pauperis* and any requested certificate of appealability.

July 3, 2008.

                                          Susan J. Dlott
                                        United States District Judge